# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 3, 2024

## NO. 03-23-00452-CV

**Donald Quinonez, Appellant**

**v.**

**Seaton Collard, Appellee**

## APPEAL FROM THE 335TH DISTRICT COURT OF BASTROP COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE SMITH

This is an attempted appeal from the order signed by the trial court on July 25, 2023. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.